IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2009 FEB -3 A 9 35
CLERK_____
SO. DIST. OF GA.

VICTOR MANUEL AMPARO-TINEO, )
)
    Petitioner, )
)
v. ) CV 308-002
)
WALT WELLS, Warden, )
)
    Respondent. )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Harley Lappin and Stace Stone are **DISMISSED**, Walt Wells is named as the proper respondent, the petition filed pursuant to 28 U.S.C. § 2241 is **DENIED**, this civil action is **CLOSED**, and a final judgment shall be **ENTERED** in favor of Respondent Wells.

SO ORDERED this 3rd day of February, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE